\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| Tammie F. Bradfield, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:11-cv-12 |
| Exel, | : | JUDGE ALGENON L. MARBLEY |
| | | Magistrate Judge Kemp |
| Defendant. | : | |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the July 8, 2011 Order, the Court DISMISSED THIS ACTION WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m), for failure to show good cause why service was not made.

Date: **July 8, 2011**     **James Bonini, Clerk**

                    ___s/Betty L. Clark___
                    Betty L. Clark/Deputy Clerk